## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### MICHAEL ZEWDNEH AREGA

I, Matthew Miranda, being first duly sworn, depose and state as follows:

### AFFIANT'S BACKGROUND

1. I am a sworn officer of the United States Secret Service ("USSS").

2. This affidavit is based, in part, on my personal observations, information provided to me by other officers and agents of the USSS, other members of law enforcement, and witnesses, and it includes other information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for a criminal complaint and arrest warrant.

### PURPOSE OF AFFIDAVIT

3. This affidavit is in support of a criminal complaint charging **MICHAEL ZEWDNEH AREGA** with having transmitted in interstate or foreign commerce any communication containing any threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

### FACTUAL BASIS SUPPORTING PROBABLE CAUSE

4. On or about Monday, November 6, 2017, at approximately 2:24 p.m., an officer with the Montgomery County Police Department contacted the United States Secret Service ("USSS") to report that an individual named MICHAEL AREGA was in the area of Washington, D.C., and had made threatening statements via the social media platform Facebook. The Montgomery County Police Department had earlier been contacted by AREGA'S wife, who reported to police that she had seen the threatening posts on AREGA'S Facebook page, and had noticed from the same Facebook page that AREGA had publicly disclosed his location at a Days Inn Hotel in Silver Spring, Maryland.

5. Law enforcement viewed the Facebook page that AREGA's wife had identified as being operated by AREGA. The Facebook page contained the name "Michael Arega" as its operator, and included a profile photograph of its purported operator. The Facebook page indicated that its operator had attempted to contact President Donald Trump on or about October 31, 2017. The Facebook page identified the location of its operator as at a Days Inn Hotel in Silver Spring, Maryland, on or about November 5, 2017. The Facebook page also contained several postings from on or about November 6, 2017. These postings included: (1) a picture of President Trump with the written message, "Kill Him in JESUS NAME !!"; (2) the written message, "Now I am going to there to white House make sure kill All white POLICE !!"; and (3) the written message, "Put Him on Jail Donald J

Trump in Maighty Name of JESUS CHRRIST !!. On the afternoon of November 6, 2017, the Facebook page identified the location of its operator as at The White House in Washington, D.C.

6. USSS officers were instructed to be on the lookout for an individual matching the profile photograph from the Facebook page. At approximately 4:00 p.m., an agent of the USSS identified an individual who appeared to match the Facebook profile photograph walking towards the White House in Lafayette Park, in Washington, D.C. The individual was later identified as AREGA. The USSS agent overheard AREGA ask a passerby whether firearms carried by law enforcement officers in the area were real. The USSS agent alerted me to AREGA's whereabouts. I called out, "Hey Michael," and AREGA turned around to face me. I asked AREGA whether his name was "Michael," and AREGA answered, "Yes." AREGA was carrying his passport on his person, and it confirmed his full name. AREGA was placed under arrest, and he subsequently invoked his *Miranda* rights and declined to answer questions.

7. AREGA was not in possession of any weapons, and there were no weapons found in the Days Inn Hotel room. Law enforcement continues to search for other locations where the defendant may have potentially placed weapons.

8. USSS agents spoke with AREGA's wife on or about November 6, 2017. AREGA's wife reported that AREGA lives in Texas, and that the couple is going through a divorce. AREGA's wife explained that AREGA is not welcome at their church since the divorce was announced, and that AREGA had made threatening postings on Facebook directed towards church members. AREGA's wife stated that AREGA was employed, but that he either quit his job or was fired around a week ago. AREGA's wife had no knowledge that AREGA owned or had access to firearms, and she indicated he had no previous interest in assassinations or radical groups, to her knowledge. She explained that AREGA suffers from bipolar disorder and takes medication for the condition.

9. I have learned that Facebook is based in California, and that its servers are located there and in other locations around the country, and in foreign countries as well. Facebook postings and messages travel electronically through interstate commerce via the internet.

## CONCLUSION

10. Based on the abovementioned facts, I submit there is probable cause to believe that on or about November 6, 2017, MICHAEL ZEWDNEH AREGA transmitted in interstate or foreign commerce any communication containing any threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

                Matthew Miranda, Officer
                United States Secret Service

Subscribed and sworn before me this _____ day of November 2017.

                Hon. G. Michael Harvey
                United States Magistrate Judge